JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MICHAEL EUGENE TALBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:03-cr-05029 AWI-1 |
|---|---|
| Plaintiff, | ) ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION |
| v. | ) PURSUANT TO 18 U.S.C. §§ 4241(b) AND 4247(b) AND (c) TO DETERMINE |
| MICHAEL EUGENE TALBERT, | ) DEFENDANT'S COMPETENCY TO STAND TRIAL |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

This matter came before this court for hearing on March 18, 2013.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**, pursuant to 18 U.S.C. § 4241(b), that Michael Eugene Talbert shall be committed to the custody of the Attorney General for placement in a suitable facility for the purpose of a psychiatric or psychological examination, pursuant to 18 U.S.C. §§ 4247(b) and (c), to determine whether defendant Talbert is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS SO ORDERED.

Dated:  March 22, 2013

SENIOR DISTRICT JUDGE